of the employees of the defendant who were operating the train. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

LOUIS H. SERGEANT, Respondent, v. WILLIAM C. SMITH, Appellant.— Judgment affirmed, with costs. All concur. Present — Sears, P. J., Taylor, Edgcomb, Thompson and Crosby, JJ.

RALPH G. BENDER, Respondent, v. PETER GALINSKI, Appellant.— Judgment and order affirmed, with costs. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

EMMA SALZMAN, Respondent, v. VILLAGE OF SILVER CREEK, Appellant.— Judgment and order reversed on the law and facts, with costs, and complaint dismissed, with costs, upon the ground that the finding of defendant's negligence was contrary to and against the weight of the evidence, the defect in the sidewalk over which plaintiff stumbled being so insignificant that an ordinarily prudent person would not have anticipated danger therefrom; and on the further ground that the finding that there was a difference in levels of more than one and one-half inches is against the weight of the evidence. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

CHARLES SALZMAN, Respondent, v. VILLAGE OF SILVER CREEK, Appellant.— Judgment and order reversed on the law and facts, with costs, and complaint dismissed, with costs, upon the ground that the finding of defendant's negligence was contrary to and against the weight of the evidence, the defect in the sidewalk over which plaintiff's wife stumbled being so insignificant that an ordinarily prudent person would not have anticipated danger therefrom; and on the further ground that the finding that there was a difference in levels of more than one and one-half inches is against the weight of the evidence. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

GERTRUDE LIGHT, Respondent, v. MARY L. DAVIS and FRED H. LIGHT, Appellants.— Order reversed on the facts as to the defendant Davis, with costs, and motion denied, with ten dollars costs, upon the ground that a question of fact was presented as to the negligence of this defendant and the verdict is amply supported by the evidence. Order affirmed as to the defendant Light, with costs, upon the ground that the finding of the jury which exonerated this defendant from negligence is against the weight of the evidence. All concur. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

FREDERICK D. LIGHT, Respondent, v. MARY L. DAVIS and FRED H. LIGHT, Appellants.— Order reversed on the facts as to the defendant Davis, with costs, and motion denied, with ten dollars costs, upon the ground that a question of fact was presented as to the negligence of this defendant and the verdict is amply supported by the evidence. Order affirmed as to the defendant Light, with costs, upon the ground that the finding of the jury which exonerated this defendant from negligence is against the weight of the evidence. All concur. Present— Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

ALBERT EASTON, Appellant, v. C. PER LEE NOXON, Respondent.— Judgment and order affirmed, with costs. All concur, except Thompson, J., who dissents and votes for reversal on the law and for granting a new trial. Present — Sears, P. J., Crouch, Edgcomb, Thompson and Crosby, JJ.

MABEL WESTOVER, Appellant, v. RALPH W. DAMON, Doing Business under the Assumed Name of DAMON ELECTRIC COMPANY, and Another, Respondents.—